IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANIER CLAYTON,<br><br>             Plaintiff,<br><br>     vs.<br><br>D. FULKS, et al.,<br><br>             Defendants. | CV F 05 0396 OWW  WMW  P<br><br><u>ORDER RE MOTION (DOC5 )</u> |

Plaintiff has requested an extension of time in which to submit a completed trust account statement. Good cause appearing, plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a trust account statement.

IT IS SO ORDERED.

**Dated:    June 14, 2005**         /s/  William M. Wunderlich
j14hj0                                UNITED STATES MAGISTRATE JUDGE

1